Energy Automation Systems, Inc. v. Xcentric Ventures, LLC et al     Doc. 1 Att. 1

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**MIDDLE** District of **TENNESSEE**

ENERGY AUTOMATION SYSTEMS, INC

## SUMMONS IN A CIVIL ACTION

V

XCENTRIC VENTURES, LLC and
EDWARD MAGEDSON

CASE NUMBER: 3-06 1079

TO: (Name and address of Defendant)

Xcentric Ventures, LLC
c/o G. Peter Busnack, Registered Agent
8833 S. JB Road
Reevis Mountain, AZ 85545

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John R. Jacobson
William L. Campbell, Jr.
W. Russell Taber
Bowen Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH THROCKMORTON**      NOV - 6 2006

CLERK      DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

ENERGY AUTOMATION SYSTEMS, INC.

V

XCENTRIC VENTURES, LLC and
EDWARD MAGEDSON

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3-06- 1079

TO: (Name and address of Defendant)

Edward Magedson
1138 S Rose
Mesa, AZ 85204

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John R. Jacobson
William L. Campbell, Jr.
W. Russell Taber
Bowen Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH THROCKMORTON**

CLERK

(By) DEPUTY CLERK

DATE  NOV - 6 2006